IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

FILED
12 APR -5 PM 1:56
MICHAEL R. MERZ
UNITED STATES
MAGISTRATE JUDGE

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | CASE NO. 3:12mj135 |
| | : | |
| v. | : | |
| | : | ORDER UNSEALING CRIMINAL |
| TYLER HAMILTON | : | COMPLAINT, AFFIDAVIT, AND |
| | : | ARREST WARRANT |

---------------------

IT IS HEREBY ORDERED that the Criminal Complaint, Affidavit, and Arrest Warrant in the above captioned case filed herein and ordered sealed by the order of this court on March 28, 2012, be unsealed by the Clerk of Courts.

MICHAEL R. MERZ
U.S. Magistrate Judge